UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        Plaintiff,<br><br>        v.<br><br>**Jeremias MAGALLANES-Valdez,**<br><br>        Defendant(s) | Magistrate Case No. **08 MJ 1677**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br>Transportation of Illegal<br>Aliens |

The undersigned complainant, being duly sworn, states:

On or about **May 26, 2008**, within the Southern District of California, defendant **Jeremias MAGALLANES-Valdez** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Fernando GARCIA-Vargas, Cesar MONTANO-Moran, and Juan Carlos MORA-Morales** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **MAY, 2008.**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Fernando GARCIA-Vargas, Cesar MONTANO-Moran, and Juan Carlos MORA-Morales** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 26, 2008, at approximately 10:40 p.m., Border Patrol Agent (BPA) P. Fisher was working line-watch duties near an area known as Mountain Empire Campground in Campo, California. This area is approximately eight miles east of the Tecate, California Port-of-Entry and a quarter of a mile north of the United States / Mexico International Border. BPA Fisher observed a white Dodge pickup truck with a camper shell traveling westbound on State Route 94 (SR-94).

Approximately ten minutes later, BPA Fisher observed the same white pickup truck traveling eastbound on SR-94. As the pickup traveled eastbound, BPA Fisher observed that the pickup was heavily laden in the rear, as if overloaded. The pickup did not appear to be as heavily loaded when BPA Fisher first observed it traveling westbound. Due to the time of night, the rural location, and the fact that the pickup traveled westbound on SR-94 and then returned eastbound within ten minutes, BPA Fisher began to follow the pickup for further investigation. While following the pickup, BPA Fisher observed that the pickup did not have a rear license plate. BPA Fisher also observed several people in the back of the truck, and a hand reaching out of the enclosed truck-bed, as if holding the tailgate closed.

BPA Fisher followed the pickup approximately two miles east on SR-94. At approximately 10:45 p.m., BPA Fisher initiated a vehicle stop approximately one quarter mile west of Forrest Gate Road, in Campo, California.

BPA Fisher approached the pickup and identified himself as a United States Border Patrol Agent. BPA Fisher observed a large group of people packed tightly into the bed of the pickup and four more individuals in the cab of the truck. BPA Fisher questioned the nine individuals in the bed of the pickup regarding their citizenship and nationality in both English and Spanish.

The nine individuals stated that they were citizens and nationals of Mexico without any immigration documents that would allow them to enter, be, or reside in the United States lawfully. BPA Fisher then questioned the four individuals in the cab of the truck, including the driver who was later identified as the defendant, **Jeremias MAGALLANES-Valdez**, regarding their citizenship.

The three passengers stated that they were citizens and nationals of Mexico without any immigration documents that would allow them to enter, be, or reside in the United States legally. The defendant stated that he was a United States Citizen. BPA Fisher arrested the defendant for alien smuggling. The other 12 individuals were also arrested. The defendant and 12 undocumented aliens were transported to the El Cajon Border Patrol Station for processing.

## DEFENDANT STATEMENT:

The defendant was advised of his Miranda Rights and stated that he understood his rights and agreed to answer questions without the presence of an attorney. The defendant admitted that he had been previously arrested for alien smuggling at the San Ysidro, California Port-of-Entry.

The defendant stated that on May 26, 2008, he made arrangements with a person named Antonio to pick up Antonio's relatives near Potrero, California and transport them to San Diego, California. The defendant was to be paid $500 to transport these people. The defendant stated he did not know the people were going to be undocumented aliens.

The defendant stated Antonio gave him a white, Dodge pickup truck to use in order to pick up his relatives. The defendant stated he called Antonio when he reached the intersection of SR-188 and SR-94 as per their arrangements.

The defendant stated Antonio told him to go to a library to pick up his relatives. The defendant stated that upon arriving to the library, a large group of people entered the pickup truck. The defendant stated he was stopped by the Border Patrol within a minute of picking up the people.

## MATERIAL WITNESSES STATEMENTS:

Material witnesses **Fernando GARCIA-Vargas**, **Cesar MONTANO-Moran**, and **Juan Carlos MORA-Morales** stated that they had crossed the United States / Mexico International Border on May 26, 2008 by crawling under the border fence with a group of other people. They stated the group was guided by another individual until the time they were picked up by a truck.

They stated the guide told them to run and get into the truck. **GARCIA** and **MORA** stated that the rear tailgate of the truck would not close properly. They stated this made them afraid for their lives because of the possibility of falling out. **MONTANO** stated that the group traveled for approximately 15 minutes before the Border Patrol pulled the vehicle over.

The material witnesses stated that either they, or a friend, made arrangements with unknown individuals to pay between $1,000 and $2,000 United States dollars to be smuggled to various destinations within the United States.

The material witnesses were shown 13 photographs during their interviews. Each of these photographs depicted one of the occupants in the vehicle. All three material witnesses were able to identify every person in the group who crossed illegally with them, except the person depicted in photograph #13.

The material witnesses stated that this person had not been in the group with them. The person in photograph #13 is the defendant **Jeremias MAGALLANES-Valdez**.