KAREN P. HEWITT
United States Attorney
MICHELLE M. PETTIT
Assistant United States Attorney
California State Bar No. 253406
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-7450

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>JEREMIAS MAGALLANES-VALDEZ,<br><br>              Defendant. | Magistrate Case No. 08MJ1677<br>08CR1949-L<br><br>**STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON**<br><br>**(Pre-Indictment Fast-Track Program)** |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Michelle M. Pettit, Assistant United States Attorney, and defendant JEREMIAS MAGALLANES-VALDEZ, by and through and with the advice and consent of Robert A. Garcia, counsel for defendant, that:

1.   Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(II).

//

MIP:psd:5/30/08

1   2.   Defendant acknowledges receipt of a plea agreement in this case and agrees to
2 provide the signed, original plea agreement to the Government not later than five business days
3 before the disposition date set by the Court.
4   3.   Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or
5 before **June 30, 2008**.
6   4.   The material witnesses, Fernando Garcia-Vargas, Cesar Montano-Moran, and Juan
7 Carlos Mora-Morales, in this case:
8       a.   Are aliens with no lawful right to enter or remain in the United States;
9       b.   Entered or attempted to enter the United States illegally on or about
10 May 26, 2008;
11      c.   Were found in a vehicle driven by defendant near Campo, California and that
12 defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right
13 to enter or remain in the United States;
14      d.   Were paying and/or having others pay on their behalf $1,000-$2,000 to others
15 to be brought into the United States illegally and/or transported illegally to their destination therein;
16 and,
17      e.   May be released and remanded immediately to the Department of Homeland
18 Security for return to their country of origin.
19   5.   After the material witnesses are ordered released by the Court pursuant to this
20 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any
21 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,
22 including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:
23      a.   The stipulated facts set forth in paragraph 4 above shall be admitted as
24 substantive evidence;
25 //
26 //
27 //
28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jeremias Magallanes-Valdez          2                              08MJ1677

      b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

      c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

6.    By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to their country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 6/12/08

MICHELLE M. PETTIT
Assistant United States Attorney

Dated: June 11, 2008

ROBERT A. GARCIA
Defense Counsel for MAGALLANES-VALDEZ

Dated: June 11, 2008

JEREMIAS MAGALLANES-VALDEZ
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jeremias Magallanes-Valdez    3    08MJ1677

**O R D E R**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 6/12/08

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jeremias Magallanes-Valdez        4        08MJ1677