UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR1949-L |
| Plaintiff | ) ) | CRIMINAL NO. 08MJ1677 |
| vs. | ) ) | ORDER |
| Jeremias Majardenes-Haug | ) ) ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a ~~material witness~~ be released from custody: (Bond Posted / Case Disposed / Order of Court).

Cesar Montero-Moran

DATED: 6/12/08

_____ANTHONY J. BATTAGLIA_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____ N. MADUENO
           Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062