FILED
JUN 1 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1949 L |
| Plaintiff, | INFORMATION |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) – Transportation of Illegal Aliens and Aiding and Abetting |
| JEREMIAS MAGALLANES-VALDEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about May 26, 2008, within the Southern District of California, defendant JEREMIAS MAGALLANES-VALDEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Fernando Garcia-Vargas, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 12, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:San Diego
5/30/08